JUDGE DANIELS

08 CIV 7708

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
MUR SHIPPING BV,                            08 Civ.

           Plaintiff,
                                            RULE 7.1 STATEMENT
  -against-

TMT BULK COMPANY LTD,

           Defendant.
----------------------------------x

    PLEASE TAKE NOTICE that Edward A. Keane, of the firm of Mahoney & Keane, LLP, attorneys of record for Plaintiff, MUR SHIPPING B.V. ("MUR"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of Plaintiff.

Dated: New York, NY
       September 3rd, 2008

                            Respectfully submitted,

                            MAHONEY & KEANE, LLP
                            Attorneys for Plaintiff
                            MUR SHIPPING B.V.

        By: _____
             Edward A. Keane (EK 1398)
             11 Hanover Square, Tenth Floor
             New York, New York 10005
             Tel. (212) 385-1422
             Fax. (212) 385-1605
             File No. 12/3647/B/08/9