```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
MUR SHIPPING BV,                        08 Civ. 7708 (GBD)

                Plaintiff,
                                        NOTICE OF VOLUNTARY
    -against-                           DISMISSAL WITHOUT
                                             PREJUDICE
TMT BULK COMPANY LTD,

                Defendant.
-------------------------------x
```

PLEASE TAKE NOTICE, that Plaintiff hereby voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:  New York, NY

        September 4th, 2008

                        Respectfully submitted,

                        MAHONEY & KEANE, LLP
                        Attorneys for Plaintiff
                        MUR SHIPPING B.V.

                    By: _____
                        Edward A. Keane (EK 1398)
                        11 Hanover Square, Tenth Floor
                        New York, New York 10005
                        Tel. (212) 385-1422
                        Fax. (212) 385-1605
                        File No. 12/3647/B/08/9

File No. 12/3647/B/08/9